**ST. ANTHONY FISH FARM, INC., a Nevada corporation, and Greg Phillips, Plaintiffs—Appellants,**

v.

**MULTI–NATIONAL INVESTMENTS, LLC, a Limited Liability Company organized under the laws of the State of Delaware, Defendant—Appellee,**

and

**Seaside Trustee, Inc., a California corporation, Defendant.**

**No. 11–55547.**

United States Court of Appeals, Ninth Circuit.

Submitted Aug. 10, 2012.*

Filed Aug. 21, 2012.

Ilbert Phillips, Esquire, Law Offices of Ilbert A. Phillips, Los Angeles, CA, for Plaintiffs–Appellants.

David G. Moore, Esquire, Reid & Hellyer, APC, Riverside, CA, for Defendant–Appellee.

Before: SILVERMAN and WARDLAW, Circuit Judges, and FOGEL, District Judge.**

MEMORANDUM ***

Plaintiffs–Appellants St. Anthony Fish Farm, Inc. and Greg Phillips (collectively, "Plaintiffs") appeal the district court's dismissal of their action challenging a trustee's sale of real property. The district court concluded that a prior bankruptcy court decision had adjudicated the validity of the trustee's sale and that Plaintiffs' claims thus were barred by the doctrine of collateral estoppel.

We have jurisdiction under 28 U.S.C. § 1291. We adopt the well-reasoned decision of the district court.

AFFIRMED.

---

* The panel unanimously concludes that this case is suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

** The Honorable Jeremy Fogel, District Judge, United States District Court for the Northern District of California, sitting by designation.

*** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.